

**COM.**

v.

**EBERT, K.**

**2361 EDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–39–CR–0004816–2012 (Lehigh)

Affirmed.

**COM.**

v.

**THOMAS, B.**

**3135 EDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–15–CR–0003663–2009 (Chester)

Affirmed.

**IN the INTEREST OF: A.A.F.,
JR., a Minor**

**2903 EDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–51–AP–0000385–2016, FID: 51–FN–002549–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF: F.N.H.
a/k/a F.G., a Minor**

**3267 EDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–51–AP–0000555–2016,     CP–51–DP–0126930–2006 (Philadelphia)

Affirmed

**IN RE: ADOPTION OF
L.A.G.G., a Minor**

**2984 EDA 2016**

Superior Court of Pennsylvania.

04/12/2017

No. 2016–A0072 (Montgomery)

Affirmed.

**IN the INTEREST OF: K.J.H.,
JR. a/k/a K.H., a Minor**

**3269 EDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–51–AP–0000556–2016,     CP–51–DP–0002178–2013 (Philadelphia)

Affirmed.

